# 11 CIR APPEALS

## CERTIFICATE OF INTERESTED RESPONSIBLE PARTY

1. Embassy of the Washitaw's Tribe. Trenton. N.J. STATE.

2. Embassy of the OLMEC's Tribe. Trenton, N.J. STATE.

3. Washitaw's / OLMEC's Tribe's Nation ---

4. July 4, 1776 LEASE/RENTER Agreement DEclaration of Independence Document.

5. Honorable U.S. President Donald J. Trump 2017 A.D. "EXECUTIVE ORDER" IMMIRGRATION Reform --

6. "OLMEC's NATION NATIONAL FLAG.

7. "WASHITAW'S NATION NATIONAL FLAG."

8. "MOORISH's AMERICAN's MOOR's NATIVES NATION NATIONAL FLAG OF MOROCCO."

9. "Wunubian NATION, NATIONAL FLAG OF DR. M. Z. YORK --"

10. NATION OF ISLAM NATIONAL FLAG OF NORTH AMERICA -- by MASTER FARD MUHAMMAD.

11. Saudi Arabia Holy City of Mecca National Flag of Ancient Caannites

12. Morocco Ancient Moab National Flag

13. Ancient National Flag of Jerusalem/ Israeli of the Hebrew Israelites.

14. The Embassy of Saudi Arabia.

15. The Embassy of Morocco.

16. The Embassy of Jerusalem/Israeli.

17. U. S. Gov Change of Address Jurisdictional Authorities, Constitution Authorities, And Statutory Authorities.

18. Final Call N. O. I. May 30, 2017 News Paper

19. $1⁰⁰ Filing Fee's This Note is Legal Tender For All Debts, Public And Private # K 92 89 0115 B

  

Re: Sovereign Immunity, Right(s)
And Claim(s) of Free Moorish National(s)
Of The Continental United States

Status: Autonomous Autochthon
Indigenous Muur Freehold
by Inheritance AA222141

## Royal Moslem Law (Common Law)
### TRUTH AFFIDAVIT OF FACT
### Declaration of Nationality
### Moorish National Birthright Name
### Judicial Notice and Proclamation

### For Certificate Of Non Citizen, Non-Residential Status,
**"Indeed, no more than (affidavits) is necessary to make the prima facie case."**
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S.L.W. 2169;
**S**. Ct. March 22, 1982

**I AM,** _____ being Duly affirmed, stand squarely on Supreme Constitutional
Law, declare and says:

I, _____  Fir [peror] Marcus G. Tate - El _____ hereinafter "Affiant," being first duly affirmed, depose, say and
declare by my signature that the following facts are true, correct and complete to best of
my knowledge and belief.

THAT,   Affiant is competent to state the matters included in this declaration, has
knowledge of the facts, and declare that to the best of his knowledge, the statements
made in this affidavit are true, correct, and not meant to mislead;

I AM a **Free** and **Sovereign Muur/Moorish National**, being **Indigenous by birth** and
**Inheritances** The De Jure Natural Citizen of the Continental Unites States, the Land of My
ancient Moorish Forefathers and Mothers, of Moroccan descent, being a Washitaw Moor of
Empire Washitaw De Dugdahmoundyah IPO#215/93, Nuwaubian Moor, Sundry Free Moor,
Yamassee Native American Mu'ur , or any and all nations of Moors/Muurs whom can be
traced back to Kenyapithecus and the Morotopithecus Bishopi , including all of  those
Moors/Muurs being referred by the Europeans by Tribal names Moabite /Moorish Pedigree,
such as but not limited to; Olmecs (Xi) , Washitaw, Chickasaw, Tunica, Choctaw, Seminole,
Riffians, Cherokee, Nani Coke , Shawnees, Onandaga, Seneca, Mohawk, Blackfoot, Leni
Lenape , Iroquois, Cayuga, Oneida, Alibamu, Nez Perce, Natchez, Osage, etc etc, yet we
are **ALL Moabites** of Ancient Amexum, North Gate ,Egipt of the West ,Atlantis,   in
heredity to UMAAR (**_Unified Muurish Aboriginal Amarukan Republic_**) We are the
Governing Body mentioned as We The People, We possess Supreme Political Authority, We



# Treaty of Peace & Friendship
# 1787
# Between Morocco and The United States

To all persons to whom these presents shall come or be made known· Whereas the United States of America in Congress assembled by their Commission bearing date the twelfth day of May One Thousand, Seven-Hundred and Eighty-Four thought proper to constitute John Adams, Benjamin Franklin and Thomas Jefferson their Ministers Plenipotentiary, giving to them or a Majority of them full powers to confer, treat & negotiate with the Ambassador, Minister or Commissioner of His Majesty the Emperor of Morocco concerning a Treaty of Amity and Commerce, to make & receive propositions for such Treaty and to conclude and sign the same, transmitting to the United States in Congress assembled for their final Ratification.

And by one other commission bearing date the Eleventh day of March One-Thousand Seven-Hundred & Eighty-Five did further empower the said Ministers Plenipotentiary or a majority of them, by writing under the hands and Seals to appoint such agent in the said business as they might think proper with authority under the directions and instruction of the said Ministers to commence & prosecute the said Negotiations & Conferences for the said Treaty provided that the said Treaty should be signed by Ministers: And Whereas, We the said John Adams & Thomas Jefferson two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the Hand and Seal of the said John Adams at London, October fifth, One-Thousand Seven-Hundred and Eighty-five, & of the said Thomas Jefferson at Paris October the Eleventh of the same year, did appoint Thomas Barclay, Agent in the business aforesaid, giving him the Powers therein, which by the said second commission we were authorized go give, and the said Thomas Barclay in pursuance thereof, bath arranged Articles for a Treaty of Amity and Commerce between the United States of America and His Majesty the Emperor of Morocco & sealed with His Royal Seal, being translated into the language of said United States of America, together with the Attestations thereto annexed are in the following words, To Wit:

### In the name of Almighty God.

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in the Book and sealed with our Royal Seal at our Court of Morocco in the Twenty-Fifth day of the blessed month of Sha-

BAN, IN THE YEAR ONE-THOUSAND TWO-HUNDRED, TRUSTING IN GOD IT WILL REMAIN PERMANENT.

## ARTICLE 1

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their part, to treat with us concerning all the matters contained therein.

## ARTICLE 2

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy nor fight under their colors.

## ARTICLE 3

If either of the parties shall be at war with any nation whatever and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty and the effect returned to the owners. And if any goods belonging to any nation, with whom either the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested without any attempt being made to take or detain them.

## ARTICLE 4

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy, the Declaration of the commander shall alone be sufficient to exempt any of them from examination.

## ARTICLE 5

If either of the parties shall be at war, and shall meet a vessel at sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a boat with two or three men only, and if any gun shall be bread and injury done without reason, the offending party shall make good all damages.

## ARTICLE 6

If any **Moor** shall bring citizens of the United States or their effects to His Majesty, the citizens shall immediately be set at liberty and the effects restored, and in like manner, if any **Moor** not a subject of the dominions shall make prize of any of the citizens of America or their effects and bring them into any of the ports of His Majesty, they shall be immediately released, as they will be considered as under His Majesty's Protection.

## ARTICLE 7

If any vessel of either party shall put into a port of the other and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

## ARTICLE 8

If any vessel of the United States shall meet with a disaster at sea and put into one of our ports to repairs, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

## ARTICLE 9

If any Vessel of the Untied States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put in to our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquility until the Commander shall think proper to proceed on his Voyage.



### ARTICLE 10
If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American Vessel shall be cast on shore on the Coast of Wadnoon or any Coast thereabout, the People to her shall be protected, and assisted until by the help of God, they shall be sent to their Country.

### ARTICLE 11
If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow until twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports— be the enemies Moors or Christians.

### ARTICLE 12
If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretense whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

### ARTICLE 13
If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

### ARTICLE 14
The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

### ARTICLE 15
Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any labor whatever, shall be paid at the customary rates, not more and not less.

### ARTICLE 16
In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized of by either of the parties.



### ARTICLE 17
Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

### ARTICLE 18
All goods shall be weighed and examined before they are sent on board , and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be



## ADDITIONAL ARTICLE

Grace to the only God.

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, *(whom God preserve)*, having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete, it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the **citizens of America** our good friends."

And, in obedience to this Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve.

**TAHER BEN ABDELKACK FENNISH.**

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

**THOMAS BARCLAY.**

## TREATY WITH MOROCCO. 1787

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the Untied States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

**JOHN ADAMS,**      (L.S.)
*London, January 25th, 1787.*

**THOMAS JEFFERSON,**      (L.S.)
*Paris, January 1st, 1787.*



# IN THE SUPREME COURT OF ALABAMA

August 10, 2017

1160972

Ex parte Imperial Emperor Marcus O. Tate-El-Bey-Tey Washitaw. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Emperor Marcus Tate v. Alabama President Pro Tempore, et al.) (Baldwin Circuit Court: DR-17-900741.00; Civil Appeals: 2160746).

### ORDER

The Affidavit of Substantial Hardship filed by Imperial Emperor Marcus O. Tate- El-Bey-Tey Washitaw on July 24, 2017, having been fully considered,

IT IS ORDERED that the Affidavit of Substantial Hardship is GRANTED.

I, Julia Jordan Weller, as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true, and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 10th day of August, 2017.

*Julia Jordan Weller*

Clerk, Supreme Court of Alabama

cc:
Marcus O. Tate
Alabama President Pro Tempore



No. 15-12320-C
U.S. 11Th Circle Court
Atlantic, GA 30303

Copy of
Recognized
Records
For
Royal
Majesty
Voter

# IN THE SUPREME COURT OF ALABAMA

October 7, 2015

1150008

Ex parte United Washitaw Empire Sovereignty National Nation State Government.   PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Marcus Taite v. Alabama President Pro Tempore et al.) (Montgomery Circuit Court: CV-15-588).

## DEFICIENCY NOTICE

The Petition for Writ of Mandamus filed by United Washitaw Empire Sovereignty National Nation State Government on October 1, 2015, is deficient in the following manner:

A docket fee was not received in the above-styled case. A docket fee in the amount of One Hundred Fifty Dollars ($150.00) or a properly completed Motion to Proceed In Forma Pauperis as per Rule 24, Ala. R. App. P., must be received within fourteen (14) days from the date of this notice, and no later than October 21, 2015.

Note that failure to provide either the docket fee of One Hundred Fifty Dollars ($150.00) or a properly completed Motion to Proceed In Forma Pauperis by October 21, 2015, will result in the dismissal of this case.

Copies of Rule 24, Ala. R. App. P., and Form 15 are being provided to the Petitioner.

I, Julia Jordan Weller, as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true, and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 7th day of October, 2015.

*Julia Jordan Weller*

"APPENDIX A"

**Clerk, Supreme Court of Alabama**



# BOARD OF REGISTRARS

Baldwin County
119 West 2nd Street
P. O. Box 1507
Bay Minette, Alabama 36507-1507
Office: (251) 937-0305
Fax: (251) 580-2522

**MEMBERS**
BETTY B. SWEET - (251) 937-0229
CHAIRPERSON
ALBERT LIPSCOMB - (251) 937-0304
BARRY HUGHES - (251) 937-0349

**TOLL FREE NUMBERS**
EASTERN SHORE
(251) 990-4614
SOUTH BALDWIN
(251) 972-6877

March 6, 2017

Emperor Marcus O. Tate-El-Bey-Tex-Washitaw
P. O. Box 3800
Atmore, AL 36502

Re: Baldwin County Voter Registration

Dear Emperor Marcus O. Tate-El-Bey-Tex-Washitaw:

In reviewing your application to register to vote, we see you checked that you are not a US citizen. One of the basic requirements and statements declared on voter registration is that the registrant is a United States citizen. Please provide proof of your citizenship, naturalization documents, to our office within the next 5 business days so that we may process your application of registration. This proof may be hand delivered to the street address above. Thank you for your attention to this matter.

Sincerely,

Betty B. Sweet, Chairman

Albert Lipscomb, Member

Barry Hughes, Member
**Baldwin County Board of Registrars**



United States Department of State

*Washington, D.C.  20520*

March 21, 2017

Dear Sir/Madam:

We have received your letter inquiring about renunciation of citizenship.  If an individual who is within the U.S. wishes to renounce his/her U.S. citizenship, US Citizenship and Immigration Service, (USCIS), has jurisdiction pursuant to 8 USC Section 1481(a)(6).  USCIS, not the State Department, has jurisdiction over a renunciation within the United States pursuant to statue, that is, the Immigration and Nationality Act Section 349(a)(6), 8 U.S.C. 1481(a)(6), cited above.

You may contact USCIS at 1-800-375-5283 or at https://www.uscis.gov/about-us/contact-us/national-customer-service-center for further assistance with your request to renounce your U.S. citizenship.

We hope you have found this information helpful.

Sincerely,

Office of Legal Affairs
Overseas Citizen Services
Bureau of Consular Affairs
U.S. Department of State

# POARCH BAND OF CREEK INDIANS

5811 Jack Springs Road • Atmore, Alabama 36502
Tribal Offices: (251) 368-9136
www.poarchcreekindians-nsn.gov

March 16, 2017

Dear Mr. Marcus O. Tate-el-Bey-Tey-Washitaw:

Thank you for your interest in becoming a tribal member with the Poarch Band of Creek Indians. Currently our tribal roll is closed; therefore, we are not accepting any new members at this time.

We also do not have a genealogist on staff to assist with any research. The following websites may assist you in research of your family history:

> Familysearch.org
> Ancestry.com
> rootsweb.com
> archives.gov

I would encourage you to check back with our office periodically on the status of enrollment as the tribal roll may re-open in the near future.

If you have any further questions, feel free to contact us at the number below.

Thank you,

*Tribal Enrollment Department*
Poarch Band of Creek Indians
5811 Jack Springs Road
Atmore, AL 36502
251.368.9136 x2281

*Seeking Prosperity and Self Determination*

# OLMECS / WASHITAW'S MOORS
# INDIGENOUS ABORIGINAL NATIVES AMERICANS
## IN THE UNITED STATES COURT OF MOBILE, STATE OF ALABAMA

UNITED WASHITAW'S EMPIRE SOVEREIGNTY
NATIONAL NATION STATE GOVERNMENT
DIPLOMATIC TRIBUNAL., EX REL. 215/93
Copyrights Registration No. AA222141
EMAIL: EACO305066165@gmail.com
Tel# 334-830-6069
TEL# 334-636-4776

EMBASSY OF Washitaw's Trenton, STATE, N-J-

JURY Selection Trial Demanded by our PEERS

NATIONALIST GOV. Sovereign Inhabitants.
Vs.

ALABAMA LEGISLATIVE BODY, ETAL.,
Vs.

ALABAMA EXECUTIVE BODY, ETAL.,
Vs.

ALABAMA JUDICIAL BODY, ETAL.,
Vs.

ALABAMA STATE BAPTIST BOARD AND MEMBERS, ETAL.,

-1-

Vs.

ALABAMA STATE POARCH BAND OF CREEK INDIANS
AT ISBN: 978-0-9654140-0-5
Library of congress  control Number:
2009936384 _ _ _
Defendants, etal.,

## SUMMON / COMPLAINT

THEE GRANTOR, OWNER, SETTLOR, RESPONSIBLE
PARTY BIRTHRIGHTS INHERITANCE SUMMON
AND COMPLAINT TO RECOVER ALL
SOVEREIGN INHABITANTS X 67 COUNTIES
OF Morocco ALIBAMU "[AKA ALABAMA]"
LAND, MINERAL RIGHTS, CONSTITUTIONAL
AUTHORITIES, JURISDICTIONAL AUTHORITIES,
AND STATATORY AUTHORITIES FROM: POARCH
BAND CREEK OF INDIANS, ATMORE, AL
36502,, ALABAMA STATE BAPTIST BOARD
AND MEMBERS, ETAL.,

-2-

From Alabama STATE LIGISLATIVE BODIES, ETAL.,

Good cause Grounds:

1. In the Rise of the Poarch Band creek of Indians of Atmore, AL 36502 -- The Cheif Calvin McGhee (1903 - 1970) ISBN: 978-0-9654140-0-5 Dicuss Evidence FACTS THEY STOLE AND MURDERED AND KILLED For this Land From Thee 28,000.B.C. Indigenous Aboriginal Washitaw's Tribe Moor's And OLMEC'S TRIBE Moor's NATIVE'S OF Morocco AMERICA NATIONALIST FLAGS.--

Supporting FACTS EVIDENCE:

1. ISBN: 978-0-9654140-0-5

2. Library of congress Control Number: 2009936384.

3. The EXECUTIVE ORDER OF The LouisANA Purchase STATES OF OLMEC'S TRIBE, AND WASHITAW'S Tribe Moor's...

-3-

4. Proof of The "SPANISH LAND GRANTS"
MANDATES EXECUTIVE ORDER OF
HAVANA, CUBA Conference by U.S.
Representatives, And Holy Prophet
Noble Drew Ali of the Moorish
Science Temple of AMERICA.-- And
Jurisprudence Charter of Morocco,
And Saudi Arabia ISLAM DELEGATION.--

1. Alabama STATE STOLE AND MURDERED
And Put the Indigenous Aboriginal
OLMEC'S TRIBE MOORS, AND WASHITAW'S
TRIBE Moors In Slavery IN ORDER
TO TAKE the Land.. See The Rise of
The Poarch BAND Creek of Indians
ISBN: 978-0-9654140-0-5 Pages
36-38 @ Copyrights 2009936384

-4-

2.  The STATE OF ALABAMA CONSTITUTIONAL AUTHORITY IS VOID Fraudulent Praticed.

3.  Alabama STATE JURISDICTIONAL AUTHORITIES IS VOID Fraudulent Praticed.

4.  Alabama STATE GREAT SEAL IS VOID Fraudulent Praticed.

5.  Alabama STATE Sovereign Inhabitants Immunities Shield Eleventh Amendment Ala. code 1975 § 6-6-20(9) ALA const ART. 1, § 14, sec 14 is Void Fraudulent Praticed And Lacks Standing. _

6.  Alabama STATE STATUTORY AUTHORITIES LAWS Are Void Fraudulent Praticed And Lacks Proper STANDING. _ _

7. Alabama STATE Constitutional Authority, Statutory Authorities Codes 1975, And Jurisdictional Authorities @ AMEND. No. 328, § 6.04(b), Ala. Const. 1901. Ex Parte Seymour, No. 1050597, 2006 WL 1793747 at 3.) (Ala. Jun. 30, 2006) (emphasis added.) Alabama code 1975 .... Is in conflict With "U.S." Federal <u>Constitutional Authority,</u> Federal <u>Jurisdictional Authorities,</u> Federal <u>STATUTORY AUTHORITIES,</u> And Federal Constitutional ART. VI., Cl. 2., @ 28 USC§ 2254(a) Pursuant: Alabama Rules of Criminal Procedures Rules. 32.1 (a) ._

A. The TREATIES LAWS OF NATIONS AND U.S. CONSTITUTIONAL AUTHORITY.

8. Thee  Constitutional Authority, Statutory
Authorities,  And  Jurisdictional Authorities
of  Alabama State  is in GREAT
"IRREPARABLE  HARM,"  AND "IRREPARABLE
INJURY"  Conflict  with  U.S.
De Jure  National Republic  Constitutional
Tenth  Amendment,  (10TH)  Amendment
Sovereign  Inhabitants  Charter  of the
U.S. Constitutional  Authority...,
Jurisdictional  Authorities,  And
Statutory  Authorities  of  PREAMBLE
1787  A.D.  Authority  and  Power.

— 7 —

9. Alabama LEGISLATIVE BODY, JUDICIAL BODY, And EXECUTIVE BODY HAS NO LEGAL AUTHORITY, OR; LEGAL POWER or; VALID JURISDICTIONAL Authorities, And NO VALID Alabama STATE Constitutional Authority, NO VALID Statutory Authorities, No VALid GREAT SEAL of Alabama STATE. - And NO VALid Eleventh Amendment Immunity TO Operate This illegal Government LICENCES Charter. - — —

## IMMIRGRATION

10. We Move this Honorable U.S. Court To Enforce The Honorable U.S. President Donald J. Trump "E.O." "EXECUTIVE ORDER" OF IMMIRGRATION ... To ReMove All None Moor's that Do Not have So-Called NEGRo's full PURE BLOOD DNA, From our Lands, Counties, Cities, Districts, Town's, Resident's, Home's, etc., But Not Limited ..... X67 Counties!

11. We Ask This Honorable U.S. court TO Remove them From OFFICES, Governments, Control, Authorities, Power, And Jurisdictional Authorities.

-9-

# PROCEDURE HISTORY
## CASES LAWS AUTHORITY
### SUPPORTING EVIDENCE
#### FACTS

A. PURSUANT: <u>MARCUS O. TATE Vs. Alabama</u>
<u>STATE BOARD OF PARDONS AND PAROLES,</u> No.
CR-17-0233.. AT Alabama Court
of Criminal APPEALS.. Montgomery,
Alabama 36130....

B. <u>CEDRIC L. Wallace</u> Vs. STATE OF
<u>Alabama</u> No. CR-16-0977 of
Alabama COURT OF CRIMINAl APPeals
Montgomery, Ala 36130..

C. <u>KEVIN GATES-TATE-EL-Washitaw</u> Vs.
<u>CITY OF THOMASVILLE, AL 36784</u>
<u>Police Dept, etal,</u> "<u>PENDING</u>"
AT U.S. COURT OF MOBILE, AL
36602..

—10—

## CONTINUE PROCEDURE HISTORY

D. PEREZ Vs. UNITED STATES ATTORNEY
GENERAL JEFF SESSION No.
CV-17-2060-MHH-TMP OF
United States court of Birmingham,
Alabama 35203.

E. SAMUEL WELCH Vs. Alabama
STATE BOARD OF Pardons And
Paroles No. 17-14411-G of The
United States Eleventh circuit
Court of Appeals, Atlanta, Ga 30303.

F. Marcus O. Tate-El-Bey-Tey-
Washitaw Vs. ALABAMA PRESIDENT
PRO TEMPORE No. CV-15-721-
MHT (WO) U.S COURT

Case 1:18-cv-00073-KD-B Document 1 Filed 02/12/18 Page 15 of 17

Montgomery, Ala. 36104---

G. The Washitaw's Tribe Moor's And OLMEC's Tribe Was here UPON NORTH AMERICA 50TH STATES SOIL SINCE 28,000 B.C.---

H. The POARCH CREEK Indians Arrived Here in North AMERICA UPON OUR soil 1700's A.D.

I. Saudi Arabia our Ancient ForeFather's Establish First Charter of Honorable Holy Prophet Mohammed In 1400 @ A.D. UPON North AMERICA 50TH STATE SOIL See Exhibit "A".. ATTACHMENT. A. NATIONAL FLAGS FLYING TOGETHER.

## CONTINUE PROCEDURE HISTORY

J. Morocco Establish First Treaty Laws upon this Soil of North AMERICA  1408 A.D. . . .

K. The First Treaty of Honorable Crown His Majesty Emperor of Morocco Was Done in 1787 A.D. Signed in Paris Jan 1787 A.D.

L. The Very First "LEASE Agreement"/ And "Renter Agreement" Was done JULY 4, 1776 A.D. DECLARATION OF INDEPENDENCE OF U.S. POLICIES  Signed by Thomas Jefferson And Other's _ _ _ _

- 13 -

# PROCEDURE HISTORY

M. The U.S. Government "George Washington" AKA: _____

U.S. CONGRESS Established "POLICY PREAMBLE 1787. A.D. De Jure CONSTITUTION on 50TH STATES SOIL.

N. OUR Morocco Treaty Expires In 2036 A.D. UPON This Soil

O. Alabama STATE X67 is the Washitaw's Tribe's Moors And OLMEC'S Tribe Moors LOUISANA Purchase - - -

P. See Library of congress Copyrights Registration No. AA222141 CLOCK OF DESTINY I, II, III

# PROCEDURE HISTORY

# ZODIAC CONSTITUTION

## ALLEGIANCE PLEDGED

Q. WE PLEDGE OUR ALLEGIANCE'S TO OUR NATIONALIST FLAGS SOVEREIGN INHABITANTS TO WIT FOLLOWING: OLMEC'S TRIBE, WASHITAW'S TRIBE, NATIONAL FLAG NUWAUBIAN NATION FLAG, OF MOORS, TO THE National Flag of Saudi Arabia, TO the National Flag of Morocco, And National Flags of Jerusalem/ Israeli.... PURSUANT: COPY Rights Registration No. AA222141 @ Library of Congress ...—

-15-

## CONCLUSION

We Moves This Honorable U.S. Court to Open the "Consul Court of Morocco Doors inside this U.S. Court of Mobile, Alabama ...?"

And Place our Embassy of TRENTON, STATE N.J. Empress on NOTICE To Special Appearance to this U.S. Court Royal Majesty Crown Bench To Redress this Matter?

We Move this Matter For Discovery and Inspection and Subpoena's And All Facts And Evidence be COURT ORDERED TO Appear

before this court to Pre-Pare this CASE For Trial Docket?

We Move's For $4, Million Dollars ATTORNEY's Fee's From Defendants'

We Move For "COURT's Order' MANDATE's INJunction. "All NONE NEGRO's Moor's Pure Blood DNA. be Immediately Removed From our Lands And deeds, Titles, be Immediately Revoked.

If they do Not have NEGRO's Moorish Pure Blood... They Are to be Remove under Immigration Executive Order of U. S. President Donald J. Trump

of 2017 A.D. Mandates

We Further Move Alabama STATE Constitutional Authority, Jurisdictional Authorities, And Statutory Authorities, And Great SEAL of Alabama and Eleventh Amendment be Revoked And Abolished Forever! For Failing the STANDARD'S OF Proper Status, And Apposite Jurisdiction the Two Pilliars of the Supreme law of the Land...

We Move's these POARCH BAND OF CREEK Indians of Atmore,, Alabama and Georgia to be Court ordered to Produce Any Documents From 28,000 B.C.. Year that they Was on This Soil before the OLMEC's Tribe NATIVES And before the Washitaw's Tribe Moors In 28,000 B.C. Year....

AFFIRM   UNDER OUR NATIONAL FLAGS

of the Olmec's Tribe, Washitaw's Tribe, Saudi Arabia, Morocco, And Jerusalem/ Israeli National Flags..

PURSUANT 28 USCS 1746

Under Penalty of Perjury Not Misleading -- DAY 15 month 02 2018

WISDOM, WILL, LOVE... The Triune Allah

/S/ Honorable Imperial Emperor- Marcus O. Tate

Honorable Imperial Emperor- Marcus O. Tate-El-Bey- Tey- Washitaw

EMAIL: EACO305066165@gmail.com

334- 830 - 9138

c/o  1151 WEST FRONT STREET
Thomasville, AL 36784

-20-

# CERTIFICATION OF
# SERVICE

POARCH BAND OF CREEK INDIANS
5811 JACKSBRINGS ROAD
ATMORE, AL 36502


ALABAMA PRESIDENT PRO TEMPORE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130

DAY 15    month 02    2018

/s/ Hon. ~~~~~~

Honorable Imperial Emperor - Marcus O. Tate-
El -Bey - Washitaw % 1151 WEST
FRONT STREET, Thomasville, AL 36784

-21-



# OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER

**OFFICIAL USE ONLY**

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

Zone/Route ID No.

1. Change of Address for: (Read Attached Instructions)
   ✓ Individual (#5)   ✓ Entire Family (#5)   ✓ Business (#6)

2. Is This Move Temporary?   Yes   ✓ No

Date Entered on Form 3982
M M   D D   Y Y

3. Start Date: (ex. 02/27/17)   **0 2 1 5 1 8**

4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/17)

Expiration Date
M M   D D   Y Y

5a. LAST Name & Jr./Sr./etc.   **WASHITAWS BEYEL TATES**

Clerk/Carrier Endorsement

5b. FIRST Name and MI   **ALL THE TAITE'S or TATE'S UNITED STATES**

6. If BUSINESS Move, Print Business Name   **The Tate's/Taite's / Washitaw's Tribe NATIONS**

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

7a. OLD Mailing Address   **UNITED STATE'S 50TH STATE'S / ALABAMA**

7a. OLD APT or Suite   **ALABAMA, ST**

7b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

7c. OLD CITY   **UNITED STATES 09/04/1776**   7d. State **AL**   7e. ZIP **ANY**

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

8a. NEW Mailing Address   **MOROCCO AMERICA NATIONALIST NATION**

8a. NEW APT/Ste or PMB   **AMERICA Republic**

8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

8c. NEW CITY   **NEW JERUSALEM / ISRAEL**   8d. State **NA**   8e. ZIP

**OFFICIAL USE ONLY**

9. Print and Sign Name (see conditions on reverse)
   Print: **Imperial Emperor**
   Sign: _[signature]_

10. Date Signed: (ex. 01/27/17)   **0 2 1 5 1 8**

PS FORM 3575 OCTOBER 2017   **Visit usps.com to change your address online**   1017

Case 1:18-cv-00077-KD-B    Document 1    Filed 02/15/18    Page 36 of 37



President Donald Trump and King Salman bin Abdulaziz Al-Saud at King Khalid International Airport in Riyadh, Saudi Arabia.



President Donald Trump poses for photos with ceremonial swordsmen on his arrival to Murabba Palace, as the guest of King Salman bin Abdulaziz Al-Saud of Saudi Arabia, in Riyadh, Saudi Arabia.



## Mideast Trip

ntinued from page 3

...uss the private meetings.

To be sure, Mr. Trump's predecessors have also forged close ties with Saudi Arabia, an important U.S. partner in the Middle East, and other nations with questionable human rights records. But in their own ways, former Presidents Barack Obama and George W. Bush each vouched for American values in their dealings with those nations, including the kingdom.

During a 2014 trip to Riyadh, President Obama met with a Saudi woman who spread awareness of domestic violence in her country and presented her with the State Department's International Women of Courage award. His opening address to the Muslim world in 2009 also made numerous references to democracy and human rights.

Human rights were a regular part of the dialogue with the Saudis under the Bush administration. In 2004, the State Department listed the kingdom as "a country of particular concern" in its annual report on International Religious Freedom.

Saudi Arabia adheres to an ultraconservative interpretation of Islamic Shariah law where unrelated men and women are segregated in most public places. Women are banned from driving, although rights advocates have campaigned to lift that ban. Guardianship laws also require a male relative's consent before a woman can obtain a passport, travel or marry. Often that relative is a father or husband, but in the absence of both can be the woman's own son.

Saudi Arabia also routinely carries out executions by beheading, including some in public.

Ivanka Trump, the president's daughter and senior adviser, was more direct during an entrepreneurship roundtable with Saudi women, telling the participants that in every country, "women and girls continue to face unique systematic, institutional, cultural barriers, which hinder us from fully engaging in and achieving true parity of opportunity within our communities."

"Each of you know this to be true," she said.

Kristine Beckerle, a Saudi Arabia researcher for Human Rights Watch, said the first daughter was missing the bigger picture.

"It's not that entrepreneurship isn't important, but you need serious political changes so that the laws that restrict women from functioning in the workplace are reversed," Ms. Beckerle said. "Without that, any amount of money or investment won't go very far."

Some lawmakers in both parties raised concerns with President Trump's reluctance to publicly vouch for U.S. values in places where people are persecuted.

"I think that would be a terrible abdication of our global leadership when it comes to advocating for people who are the subject of persecution, or imprisoned, or journalists that are thrown in jail, or people not allowed to practice their faith," Rep. Adam Schiff, D-Calif., said on CNN. "I think it would be a historic mistake for us to walk away from that."

Florida Sen. Marco Rubio, who challenged Mr. Trump for the Republican presidential nomination last year, said he wouldn't have promised to avoid the topic of human rights with the Saudis.

"That would not have been a part of a speech that I would have delivered," Mr. Rubio said in his own appearance on CNN. "I think it's in our national security interest to advocate for democracy and freedom and human rights, now, with a recognition that you may not get it overnight."

Human rights didn't go completely unnoticed on Trump's trip. During a May 20 press briefing, Secretary of State Rex Til-



President Donald Trump and members of the U.S. delegation participate, in a bilateral meeting with King Salman bin Abdulaziz Al-Saud and Saudi Arabia officials at the Royal Court Palace in Riyadh, Saudi Arabia.



President Donald Trump poses for a photo with the President of Egypt, Abdel Fattah Al Sisi, and members of his delegation, during their bilateral meeting, May 21, at the Ritz Carlton Hotel in Riyadh, Saudi Arabia.

lerson hammered Iran's newly re-elected president for his government's oppressive policies.

However, when reporters shouted out questions regarding Saudi Arabia's human rights record—namely, one question about when the kingdom intends to allow women to drive—Mr. Tillerson ignored it.

—*Julia Pace and Vivian Salama, The Associated Press*

Appendix Exhibit -A-

Honorable Imperial Emperor ~
Marcus O. Tate-El-Bey-Tey~
Washitaw
EACO305066165@gmail.com
c/o 1151 WEST FRONT STREET
Thomasville, AL 36784

MOROCCO NATIONAL FLAG




U.S. POSTAGE PAID
THOMASVILLE, AL
36784
FEB 12, 18
AMOUNT
$2.26
R2305E125506-07

1000    36602

U.S. COURT CLERK

UNITED STATES COURT
113 ST JOSEPH STREET
Mobile, AL  36602