IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS O. TATE, #180664,** : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 18-00077-KD-B |
| : | |
| **NATIONALIST GOV. SOVEREIGN** : | |
| **INHABITANTS,** *et al.,* : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 25, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **DENIED** and this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**DONE** and **ORDERED** this the **19th** day of **June 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**